UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
JUAN CARLOS RODRIGUEZ-FRANCISCO,  :
        Petitioner,  :
                                                       :     **ORDER**
v.  :
                                                       :     15 CV 8843 (VB)
UNITED STATES OF AMERICA,  :     13 CR 233 (VB)
        Respondent.  :
--------------------------------------------------------------x

       By Order dated November 12, 2019 (Doc. #30 in 15cv8843), the Court denied petitioner's motion to vacate the Court's Opinion and Order of December 1, 2016.  And by Order dated November 21, 2019 (Doc. #32 in 15cv8843), the Court denied petitioner's motion for reconsideration.  Petitioner has filed a notice of appeal.  (Doc. #34 in 15cv8843).

       By this Order, the Court amends its Orders of November 12, 2019, and November 21, 2019, to state the following:

       As petitioner has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability will not issue.  28 U.S.C. § 2253(c)(2).

       In addition, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

       Chambers will mail a copy of this Order to petitioner at the following address:

Juan Carlos Rodriguez-Fernandez
Reg. No. 68295-054
LSCI Allenwood
P.O. Box 1000
White Deer, PA  17887

Dated: April 15, 2020               SO ORDERED:
       White Plains, NY

_____
Vincent L. Briccetti
United States District Judge

1